**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

**RICHARD GERBER,**

FEB 0 6 2006

Petitioner;

CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

v.

Case No. 1:06MS00032 *RJL*
Case No. 1:05MS00516 -*RMU*

**UNITED STATES OF AMERICA,**

Respondent.

## Rule 42 Motion to Consolidate

COMES NOW, the Petitioner, Dr. Richard Gerber, by and through the undersigned counsel, and hereby moves this Honorable Court to consolidate the above captioned cases and in support thereof states the following:

1. On December 20, 2005, Petitioner filed a Petition to Quash Summons, issued by the Internal Revenue Service (IRS) to the undersigned to produce "all records" relative to Dr. Richard Gerber. *See* Case No. 1:05MS00516, on the calendar of Judge M. Urbina.

2. On January 30, 2006, the Petitioner filed a Petition to Quash Summons, issued by the IRS to the now defunct company Paine Webber for "all records relative to financial transactions with or on behalf of Dr. Richard Gerber." *See* Case No. 1:06MS00032, on the calendar of Judge Richard Leon.

3. The subject matter of both cases before this Court are IRS issued summonses that Petitioner argues are, in part, overbroad and unduly burdensome.

4. The undersigned is the attorney of record for Petitioner in both of these cases.

5. Federal Rule of Civil Procedure 42 (a) states: *Consolidation. When actions involving a common question of law or fact are pending before the court, it may order a joint hearing or trial of any or all the matters in issue in the actions; it may order all the actions consolidated; and it may make such orders concerning proceedings therein as may tend to avoid unnecessary costs or delay.*

6. Petitioner and Respondent are the same in both of the above captioned cases, and both cases will involve similar subject matter, related to the IRS investigation of Dr. Gerber.

7. The undersigned thinks it would be in the interest of judicial economy, expedience and consistency for these two matters to be consolidated.

8. Petitioner has already incurred significant legal expenses and the undersigned would like to minimize fees wherever possible. Consolidation of these matters will eliminate unnecessary, multiple court appearances and filings.

9. Neither party to either action will be harmed or prejudiced by the consolidation of these two cases.

10. If the Court is inclined to consolidate, the undersigned would leave it to the Court's discretion under which of the two calendars the consolidated cases would remain.

WHEREFORE, the Petitioner hereby requests this Court consolidate matters 1:06MS00032 and 1:05MS00516.

Respectfully submitted

Kenneth H. Rosenau
1304 Rhode Island Ave, NW
Washington, DC 20005
202.387.8680

<u>Memorandum of Points and Authorities</u>

1. Petition to Quash Summons, Case No. 1:05MS00516.

2. Petition to Quash Summons, Case No. 1:06MS00032.

3. The record herein.

4. Federal Rule of Civil Procedure 42.

Kenneth H. Rosenau

## Certificate of Service

I hereby certify that a true and accurate copy of the foregoing was sent this 2nd day of February, 2006 via first class, postage pre-paid, mail to:

Kenneth S. Buck. Special Agent
Internal Revenue Service
201 Thomas Johnson Drive
Suite 203
Frederick, MD 21702

Kenneth H. Rosenau