United States District Court for the District of Columbia

Dr. Richard Gerber
and Rosenau & Rosenau,
    Petitioners;

v.

Case No. 1:06MS00032

United States of America,
    Respondent.

## Affidavit of Service

I hereby certify that the Petition to Quash Summons was served upon Kenneth Buck, c/o IRS at 201 Thomas Johnson Drive, Ste 203, Frederick, Maryland 21702 on February 1, 2006 via certified, return receipt mail.

The undersigned hereby solemnly affirms under penalty of perjury and with personal knowledge that the contents of this document are true and accurate.

                                        Jennifer L. White

District of Columbia : SS
Subscribed and Sworn to before me, in my presence,
this 6 day of February, 2006

Notary Public, D.C.
My commission expires 7/14/2010

Miriam Friedland
Notary Public, District of Columbia
My Commission Expires 07-14-2010

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Kenneth Buck
IRS
201 Thomas Johnson Dr.
St 203
Frederick, MD 21702

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): C. Issue
B. Date of Delivery: 2-1-06
C. Signature: X C. ?????
   ☐ Agent
   ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes ☑ No
   If YES, enter delivery address below:

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered    ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label): 7000 1470 0002 3003 1712

PS Form 3811, March 2001    Domestic Return Receipt    102595-01-M-1424