IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RICHARD GERBER,            )
                          )
        Petitioner,        )
                          )
    v.                     )        Case No.  1:06-mc-00032-RJL
                          )
UNITED STATES OF AMERICA,   )        Hon. Richard J. Leon
                          )
        Respondent.        )

**ENTRY OF APPEARANCE**

TO THE CLERK OF COURT:

    Please enter the appearance of Richard G. Jacobus as counsel for respondent, the

United States of America, in this matter.


DATE:  February 28, 2006.


                        Respectfully submitted,

                        KENNETH L. WAINSTEIN
                        United States Attorney


                        RICHARD G. JACOBUS
                        D.C. Bar No. 462053
                        Trial Attorney, Tax Division
                        U. S. Department of Justice
                        Post Office Box 227
                        Ben Franklin Station
                        Washington, DC  20044
                        Telephone:  (202) 616-0553
                        Richard.G.Jacobus@usdoj.gov
                        Counsel for the United States


                                                            1565543.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RICHARD GERBER,                      )
                                     )
            Petitioner,              )
                                     )
      v.                             )        Case No.  1:06-mc-00032-RJL
                                     )
UNITED STATES OF AMERICA,            )        Hon. Richard J. Leon
                                     )
            Respondent.              )

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the undersigned's ENTRY OF

APPEARANCE has been made this 28th day of February, 2006, by mailing, postage

prepaid, addressed to:

    Kenneth H. Rosenau, Esq.
    1304 Rhode Island Avenue, N.W.
    Washington, D.C. 20005


RICHARD G. JACOBUS

1565546.11