IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD GERBER, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. 1:06-mc-00032-RMU |
| ) | |
| UNITED STATES OF AMERICA, ) | Hon. Ricardo M. Urbina |
| ) | |
| Respondent. ) | |

**UNITED STATES' MOTION TO DISMISS
PETITION TO QUASH IRS SUMMONS**

  The United States of America, through undersigned counsel, moves this honorable Court to dismiss Petitioner Richard Gerber's Petition to Quash an Internal Revenue Service summons issued to Paine Webber, filed January 30, 2006 (docket No. 1), with prejudice, in accordance with the proposed Order submitted herewith.

  In support of this motion, the United States relies on the Declaration of Kenneth L. Buck and Exhibit A thereto, the Declaration of Richard G. Jacobus and Exhibits 1, 2, and 3 thereto, and the Memorandum in Support of United States' Motion to Dismiss Petition to Quash IRS Summons, submitted herewith.

  Courtesy copies of the Buck Declaration and Exhibit A thereto, and the Jacobus Declaration and Exhibits 1, 2, and 3 thereto, both previously filed on April 3, 2006 (docket No. 6), are submitted herewith.

\\
\\
\\
\\
\\
\\

2490157.1

DATE:  June 1, 2007.

                                    Respectfully submitted,

                                    /s/ Richard G. Jacobus
                                  RICHARD G. JACOBUS
                                  D.C. Bar No. 462053
                                  Trial Attorney, Tax Division
                                  U. S. Department of Justice
                                  Post Office Box 227
                                  Ben Franklin Station
                                  Washington, DC  20044
                                  Telephone:  (202) 616-0553
                                  Richard.G.Jacobus@usdoj.gov
                                  Counsel for the United States

Of counsel:

JEFFREY A. TAYLOR
United States Attorney