IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD GERBER, | ) |
| Petitioner, | ) ) |
| v. | ) Case No. 1:06-mc-00032-RJL |
| UNITED STATES OF AMERICA, | ) Hon. Richard J. Leon |
| Respondent. | ) ) |

## DECLARATION OF KENNETH L. BUCK

Pursuant to 28 U.S.C. §1746(1), Kenneth L. Buck declares:

1. I am a duly commissioned Special Agent employed by the Criminal Investigations Division of the Internal Revenue Service ("IRS") at 201 Thomas Johnson Drive, Suite 203, Frederick, Maryland 21702.

2. In my capacity as a Special Agent, I am conducting an investigation of Dr. Richard Gerber and taxable income he received during the tax years 1999, 2000, 2001, 2002, 2003, 2004, and 2005.

3. On January 10, 2006, in furtherance of the above referenced investigation and in accordance with 26 U.S.C. § 7602, I issued an administrative summons, IRS Form 2039, to Paine Webber (a/k/a UBS), 100 East Pratt Street, 21st Floor, Baltimore, Maryland 21202, for records and documents described in an attachment to the summons. Annexed hereto as Exhibit A is a true and accurate copy of the summons.

4. In accordance with 26 U.S.C. § 7603, I served an attested copy of the summons by sending it via certified mail to William Garlow, the manager of the foregoing Paine Webber/UBS office in Baltimore, on January 10, 2006, as evidenced by paragraph 3 of the summons certificate of service and the certified mail receipt reproduced in Exhibit A hereto. (Ex. A at 2, 5.)

5. On January 10, 2006, in accordance with 26 U.S.C. § 7609(a), I mailed notice of the summons to Dr. Gerber and to Arthur Boelter, his attorney in connection

with the tax investigation, by certified mail to their last known addresses, as evidenced by paragraph 4 of the summons certificate of service and the certified mail receipts reproduced in Exhibit A hereto. (Ex. A at 2, 5.)

6. On January 30, 2006, Kenneth Rosenau, counsel for Dr. Gerber, filed a petition to quash the January 10, 2006 summons issued to Paine Webber/UBS with the U.S. District Court for the District of Columbia, Case No. 1:06-mc-00032-RJL.

7. The time for appearance stated on the summons was February 3, 2006 at 10:00 a.m. (Ex. A at 1.) Paine Webber/UBS has not yet responded, but Mr. Garlow has informed me that Paine Webber/UBS is prepared to comply with the summons.

8. As set forth in the first paragraph of the attachment thereto, the summons seeks financial records relating to a number of listed corporations, partnerships, and other entities. (Ex. A at 3.) Since issuing the summons on January 10, 2006, the IRS has determined that records relating to Web Services, Ltd., Physician's Management Services, Ltd., and New Partnership are unnecessary at this time. Therefore, the IRS is narrowing the January 10, 2006 summons to exclude these three entities.

9. The records and documents that the summons seeks from Paine Webber/UBS are necessary to determine Dr. Gerber's taxable income and corresponding tax liability for the years 1999, 2000, 2001, 2002, 2003, 2004, and 2005.

10. All administrative steps required by the Internal Revenue Code for the issuance of the summons have been taken.

11. As of the date of this Declaration, there is no "Justice Department referral," within the meaning of 26 U.S.C. §7602(d), in effect with respect to Dr. Gerber. Specifically, the IRS has not made a recommendation to the U.S. Department of Justice for a grand jury investigation or criminal prosecution of Dr. Gerber for the tax periods under examination, and the IRS is not delaying such a recommendation in order to collect additional information. Moreover, the Department of Justice has not made any

request under 26 U.S.C. § 6103(h)(3)(B) for the disclosure of any return or return information, as those terms are defined in 26 U.S.C. § 6103(b), relating to Dr. Gerber.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: *March 17*, 2006

*/s/ Kenneth L. Buck/*
KENNETH L. BUCK



# Summons

In the matter of  Richard Gerber 2324 Tracy Place, NW, Washington, D.C. 20008
Internal Revenue Service (Division): Criminal Investigation
Industry/Area (name or number): Criminal Investigation / Mid-Atlantic Area
Periods: 1999/12, 2000/12, 2001/12, 2002/12, 2003/12, 2004/12, 2005/12

## The Commissioner of Internal Revenue

**To:** Paine Webber

**At:** 100 East Pratt Street, 21st Floor, Baltimore, Maryland 21202

You are hereby summoned and required to appear before  Special Agent Kenneth Buck or his designee  an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

See Attached  This summons my be complied with by mailing the requested information to Special Agent Kenneth L. Buck at the address below.

---

**Do not write in this space**

EXHIBIT A

1/5

**Business address and telephone number of IRS officer before whom you are to appear:**
201 Thomas Johnson Drive, Suite 203 Frederick, MD 21702 (301) 696-1994

**Place and time for appearance at** 201 Thomas Johnson Drive, Suite 203 Frederick, MD 21702

**IRS**
Department of the Treasury
Internal Revenue Service
www.irs.gov

Form 2039 (Rev. 12-2001)
Catalog Number 21405J

on the  3RD  day of  February , 2006  at  10:00  o'clock  a  m.
Issued under authority of the Internal Revenue Code this  10th  day of  January , 2006 .

Signature of issuing officer: Kenneth L. Buck
Signature of approving officer (if applicable): N/A

Special Agent — Title

**Original — to be kept by IRS**



# Service of Summons, Notice and Recordkeeper Certificates
(Pursuant to section 7603, Internal Revenue Code)

I certify that I served the summons shown on the front of this form on:

Date: 1/10/06     Time: Certified mail

**How Summons Was Served**

1. ☐ I certify that I handed a copy of the summons, which contained the attestation required by § 7603, to the person to whom it was directed.

2. ☐ I certify that I left a copy of the summons, which contained the attestation required by § 7603, at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any): _____

3. ☒ I certify that I sent a copy of the summons, which contained the attestation required by § 7603, by certified or registered mail to the last known address of the person to whom it was directed, that person being a third-party recordkeeper within the meaning of § 7603(b). I sent the summons to the following address: William Garlow
100 East Pratt Street, 21st Floor, Baltimore, Maryland 21202

Signature: Kenneth J Buck     Title: Special Agent

4. This certificate is made to show compliance with IRC Section 7609. This certificate does not apply to summonses served on any officer or employee of the person to whose liability the summons relates nor to summonses in aid of collection, to determine the identity of a person having a numbered account or similar arrangement, or to determine whether or not records of the business transactions or affairs of an identified person have been made or kept.

I certify that, within 3 days of serving the summons, I gave notice (Part D of Form 2039) to the person named below on the date and in the manner indicated.

Date of giving Notice: 1/10/06     Time: Certified mail

Name of Noticee: DR Richard Gerber          Arthur Boelter
Address of Noticee (if mailed): 2324 Tracy Pl NW       1411 4th Ave Ste 1410
Washington, DC 20008         Seattle, WA 98101
7000 1670 0001 7547 6050     7000 1670 0001 7547 6067

**How Notice Was Given**

☒ I gave notice by certified or registered mail to the last known address of the noticee.

☐ I left the notice at the last and usual place of abode of the noticee. I left the copy with the following person (if any).

☐ I gave notice by handing it to the noticee.

☐ In the absence of a last known address of the noticee, I left the notice with the person summoned.

☐ No notice is required.

Signature: Kenneth J Buck     Title: Special Agent

I certify that the period prescribed for beginning a proceeding to quash this summons has expired and that no such proceeding was instituted or that the noticee consents to the examination.

Signature: _____     Title: _____

2/5     Form 2039 (Rev. 12-2001)

ATTACHMENT TO SUMMONS ISSUED TO: Paine Webber.
FOR THE YEARS: 1999 - 2005

All records relative to financial transactions with or on behalf of Dr. Richard Gerber, RGB Pension, Grey Diamond Marketing, Inc., Black Pearl, LLC, Byzantine Limited Partnership, Opal King, Inc., Dark Amethyst, LLC, Emerald Cabochon, Ltd., Jewel of the Isles, Ltd., Ruby River Marketing, Ltd., Seely Enterprises, Ltd., Highwood Point Technologies, Ltd., Tropical Behavior Evaluation Foundation, Au Panache, Ltd., Web Services, Ltd., Physician's Management Services, Ltd., New Partnership. All records of accounts open or closed whether held jointly or severally, as a trustee or fiduciary as well as custodian, executor, guardian or nominee.

Such records to include but not limited to:

Records disclosing the types of accounts held by the above.

All account records of security transactions including all agreements, contracts, applications for account, signature cards, all records relative to treasury notes or certificates of deposit purchased, cash accounts, ready asset accounts, mutual fund accounts, commodity accounts, margin accounts, retirement accounts or other accounts. Such records including cash receipts, confirmation slips, securities delivered receipts, statements of account, notifications of purchase or sale, representative's stock record, account executive worksheets, correspondence, ledger sheets, cash in slips, buy and sell slips, or other records of these transaction.

Other records revealing a description of the securities transacted, quantity bought or sold, date of transactions, purchase or sales price and commissions paid.

Records revealing the dates, amounts, and purpose of all payments by the above to you.

Records of the disposition of the proceeds from each sale including checks (front and back) issued to the above as a result of these sales.

Records of cash and stock dividends and interest paid including checks (front and back) issued and forms 1099.

Broker's account records maintained including but not limited to all notes, memoranda (informal or formal), correspondence, financial statements, background or credit investigations, records disclosing the stock transfer agent and dividend disbursing agent.

Records of any other payments to the above such records revealing the date, amount, and purpose of the payment including the checks (front and back) for such payments.

3/5

**RECORD FORMAT:** In addition to hard copies, records are requested in the form of magnetic media. Data may be provided in 3 1/2 inch diskettes or compact disks (CDs). ASCII fixed length files are preferred, however, ASCII delimited format is acceptable. A record layout for the data is also requested.

4/5

Case 1:06-mc-00032-RMU  Document 10-3  Filed 06/01/2007  Page 8 of 8



5/5