IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD GERBER, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Respondent. ) | <br><br><br><br>Case No. 1:06-mc-00032-RMU<br><br>Hon. Ricardo M. Urbina<br> |

## ORDER

THIS MATTER CAME upon the motion of the United States of America to dismiss Petitioner Richard Gerber's petition to quash an Internal Revenue Service summons issued to Paine Webber (a/k/a UBS) on January 10, 2006; and the Court being sufficiently advised, and for good cause shown, IT IS HEREBY ORDERED as follows:

    1. The United States' motion to dismiss is GRANTED.

    2. The petition to quash the January 10, 2006 IRS summons is DISMISSED with prejudice.

    3. The Clerk shall forward copies of this Order to all counsel of record and strike this matter from the docket.

    SO ORDERED this _____ day of _____, 2007.


_____
HON. RICARDO M. URBINA
UNITED STATES DISTRICT JUDGE

2490159.1