IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD GERBER, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. 1:06-mc-00032-RMU |
| ) | |
| UNITED STATES OF AMERICA, ) | Hon. Ricardo M. Urbina |
| ) | |
| Respondent. ) | |

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the UNITED STATES' MOTION TO DISMISS PETITION TO QUASH IRS SUMMONS, the MEMORANDUM IN SUPPORT OF UNITED STATES' MOTION TO DISMISS PETITION TO QUASH IRS SUMMONS, the DECLARATION OF KENNETH L. BUCK and accompanying EXHIBIT A, the DECLARATION OF RICHARD G. JACOBUS and accompanying EXHIBITS 1, 2, and 3, and a proposed ORDER has been made this 1st day of June, 2007, by mailing, postage prepaid, addressed to:

>  Kenneth H. Rosenau, Esq.
>  1304 Rhode Island Avenue, N.W.
>  Washington, D.C. 20005
>
>  Paine Webber
>  100 East Pratt Street, 21st Floor
>  Baltimore, Maryland 21202
>  Attn:  William Garlow

                                                                                    /s/ Richard G. Jacobus
                                                                                    RICHARD G. JACOBUS

2490158.11