IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| RICHARD GERBER, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. 1L06-mc-00032-RMU |
| | ) | |
| UNITED STATES OF AMERICA, | ) | Hon. Ricardo M. Urbina |
| | ) | |
| Respondent. | ) | |

## Opposition to United States' Second Motion to Dismiss Petition to Quash IRS Summons

Comes Now, Petitioner, by and through undersigned counsel, and does hereby oppose Respondent's Motion to Dismiss Petition to Quash IRS Summons. As grounds for said motion, Petitioner refers to the attached Memorandum of Points and Authorities.

Wherefore, Petitioner prays that this Court deny the Respondent's Motion to Dismiss Petitioner's Petition to Quash the IRS Summons, and grant the Petitioner's Motion to Quash the IRS Summons in its entirety, or in the alternative, to limit the summons strictly to records pertaining to Dr. Richard Gerber for the years of 1999-2004..

                                                       Respectfully submitted,

                                                       /s/ Kenneth H. Rosenau
                                                       D.C. Bar No. 342733
                                                       Rosenau & Rosenau
                                                       1304 Rhode Island Avenue NW
                                                       Washington DC 20005
                                                       (202) 387-8680
                                                       kenneth.rosenau@rosenaulaw.com
                                                       *Counsel for Dr. Richard Gerber*