# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| RICHARD GERBER, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. 1L06-mc-00032-RMU |
| | ) | |
| UNITED STATES OF AMERICA, | ) | Hon. Ricardo M. Urbina |
| | ) | |
| Respondent. | ) | |

## <u>CERTIFICATE OF SERVICE</u>

It is hereby certified that service of the <u>Opposition to United States' Second Motion to Dismiss Petition to Quash IRS Summons</u>, the <u>Memorandum of Points and Authorities in Support of Petitioner's Opposition to United States' Second Motion to Dismiss Petition to Quash IRS Summons</u>, and a proposed <u>Order</u>, has been made this 15th day of June, 2007, by mailing, postage prepaid, addressed to:

> Paine Webber
> 100 East Pratt Street, 21st Floor
> Baltimore, MD 21202
> Attn: William Garlow
>
> Richard G. Jacobus
> D.C. Bar No. 462053
> Trial Attorney, Tax Division
> U.S. Department of Justice
> Post Office Box 227
> Ben Franklin Station
> Washington, D.C. 20044
> Telephone: (202) 616-0553
> Richard.G.Jacobus@usdoj.gov
> *Counsel for the United States*

/s/ Kenneth H. Rosenau
Kenneth H. Rosenau
