IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| RICHARD GERBER, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. 1L06-mc-00032-RMU |
| | ) | |
| UNITED STATES OF AMERICA, | ) | Hon. Ricardo M. Urbina |
| | ) | |
| Respondent. | ) | |

## **ORDER**

Upon consideration of the United States Motion to Dismiss Petition to Quash IRS Summons, Petitioner's Memorandum in opposition thereto, any reply having been filed, and the record herein, it appear to the Court that the United States has failed to establish that dismissal is warranted, and it further appear to the Court that the Petition should be granted. Accordingly, it is this _____ day of _____, 2007 hereby

ORDERED, that the United States motion is DENIED; and it is further

ORDERED, that the IRS Summons issued to Paine Webber, filed January 30, 2006, should be quashed in its entirety.

_____
Honorable Ricardo M. Urbina

cc:

Kenneth H. Rosenau, Esq.
1304 Rhode Island Avenue, N.W.
Washington, D.C. 20005

Paine Webber
100 East Pratt Street, 21st Floor
Baltimore, MD 21202
Attn: William Garlow

Richard G. Jacobus
D.C. Bar No. 462053
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-0553
Richard.G.Jacobus@usdoj.gov
*Counsel for the United States*