Randy Paar, Esq.
DICKSTEIN SHAPIRO MORIN & OSHINSKY
1177 AVENUE OF THE AMERICAS
NEW YORK, NY  10036-2714

Mr. Max D Wheeler, Esq.
SNOW CHRISTENSEN & MARTINEAU
10 EXCHANGE PLACE
PO BOX 45000
SALT LAKE CITY, UT  84145-5000
EMAIL

Mr. Randall A Mackey, Esq.
MACKEY PRICE & THOMPSON
57 W 200 S STE 350
SALT LAKE CITY, UT  84101-1655
EMAIL

Mr. Thomas M Melton, Esq.
SECURITIES AND EXCHANGE COMMISSION
50 S MAIN STE 500
SALT LAKE CITY, UT  84144-0402
EMAIL

# EXHIBIT C

RECEIVED

FILED

CLERK, U.S. DISTRICT COURT

DEC 0 7 2004

2004 DEC -8  A 10: 20

OFFICE OF
JUDGE TENA CAMPBELL

DISTRICT OF UTAH

BY:_____
       DEPUTY CLERK

RECEIVED CLERK

DEC - 7 2004

U.S. DISTRICT COURT

Richard D. Clayton, 0678
Sarah G. Schwartz, 9921
HOLLAND & HART LLP
60 E. South Temple, Suite 2000
Salt Lake City, Utah 84111-1031
(801) 595-7800
*Attorneys for David K. Broadbent, as Receiver
for Merrill Scott & Associates, Ltd. et al.*

---

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

---

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>MERRILL SCOTT & ASSOCIATES, LTD.; MERRILL SCOTT & ASSOCIATES, INC.; PHOENIX OVERSEAS ADVISORS, LTD.; GIBRALTER PERMANENTE ASSURANCE, LTD.; PATRICK M. BRODY; DAVID E. ROSS II and MICHAEL G. LICOPANTIS,<br><br>Defendants. | **PROTECTIVE ORDER**<br><br>Civil No. 2:02CV-0039C<br><br>Judge Tena Campbell<br>Magistrate Judge David Nuffer |
| DAVID K. BROADBENT, ESQ., as RECEIVER for MERRILL SCOTT & ASSOCIATES, LTD.; MERRILL SCOTT & ASSOCIATES, INC.; PHOENIX OVERSEAS ADVISORS, LTD.; GIBRALTER PERMANENTE ASSURANCE, LTD.; and each of their respective SUBSIDIARIES and AFFILIATED ENTITIES,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>CERTAIN UNDERWRITERS AT LLOYD'S, LONDON; and JAMES P. LANDIS,<br><br>Third-Party Defendants. | |



CHARLES COZEAN,

      Intervention Plaintiff,

v.

DAVID K. BROADBENT, ESQ., as RECEIVER
for MERRILL SCOTT & ASSOCIATES, LTD.;
MERRILL SCOTT & ASSOCIATES, INC.;
PHOENIX OVERSEAS ADVISERS, LTD.;
GIBRALTAR PERMANENTE ASSURANCE,
LTD.; and each of their respective
SUBSIDIARIES and AFFILIATED ENTITIES,
and U.S. SECURITIES AND EXCHANGE
COMMISSION,

      Intervention Defendants.

WHEREAS, former clients of Merrill Scott and Associates and its affiliated entities

(collectively "MSA") who wish to assert claims against MSA are required to file forms which

may contain information of confidential nature, including non-public financial and commercial

information;

WHEREAS, Duane Asp, Ralf Leszinski, Alan Cohoon, Douglas MacKinnon, Larry

Cotton, Larry Mahisekar, Douglas Drexler, Richard Gerber, Christopher Harrison, Robert

Herbolich, Eric Kooba, Hector LeMarque, Stephen Serlin, Jay Sharp, Sr., Lou White, and

Michael Williams (collectively, the "Movants") have asserted that disclosure of such confidential

information may cause them harm; and

WHEREAS, the Movants have requested this Protective Order to protect the

confidentiality of such information.

**IT IS HEREBY ORDERED** that:

-2-

1.    "Action" is defined as *Securities and Exchange Commission v. Merrill Scott &*

*Associates, et al.*, Civil No. 2:02CV-0039C, in the United States District Court for the District of

Utah.

2.    "Claims Procedure" is defined as any proceedings related to this Action which are

necessary to determine the validity of any claim(s) made against the Receivership estate.

3.    This Protective Order governs all Confidential Information which is defined as all

documents and materials, including without limitation, all written, recorded, graphic, or

electronically-stored matters, including but not limited to partnership, organizational,

operational, investor and investment information; correspondence, tax returns, financial reports

and statements, or other proprietary information (collectively " Confidential Information"); and

all copies, notes, abstracts, excerpts, or summaries of such documents and materials produced by

the Movants pursuant to the Claims Procedure.

4.    Confidential Information does not include any documents or materials obtained

by the Receiver from any source other than the Movants even if such documents or materials

were also produced by the Movants.

5.    All Confidential Information shall be subject to this Protective Order and shall be

used solely for purposes directly related to this Action. Confidential Information shall not be

used, directly or indirectly, by parties, counsel, or non-parties receiving it for or in connection

with any other purpose of any kind, including but not limited to any commercial use or any other

legal proceedings not related to this Action. All persons who gain access to Confidential

Information are hereby prohibited and enjoined from disclosing or using it except as specifically

provided herein. Counsel and all other persons to whom Confidential Information is disclosed

shall take reasonable and appropriate precautions to avoid misuse, loss, and/or unauthorized

disclosure of Confidential Information.

6.    Confidential Information shall not be disclosed, repeated, given, shown, made

available, or communicated in any way to anyone other than the following persons to whom it is

necessary that such Confidential Information be given:

(a)    this Court and Court personnel in connection with this Action;

(b)    qualified court reporters taking testimony in this Action;

(c)    the named parties, and party personnel actively involved in or assisting in this Action;

(d)    outside counsel of record for any party, their associated attorneys and other employees of their law firms assisting in this Action;

(e)    third-party consultants and experts retained by any party or its attorneys of record in this Action who have agreed, in a written and signed certification, to be bound by the terms of this Protective Order; and

(f)    the United States Attorney's Office for the District of Utah or any other department or agency of the federal government.

7.    Confidential Information may be used during depositions of party or non-party

witnesses taken in this Action, subject to the following conditions:

(a)    Only persons authorized under paragraph 6, the witnesses and the witnesses' counsel, hereto may be in attendance at the deposition; and

(b)    The witness agrees on the record, or in a written and signed certification, to be bound by the terms of this Protective Order.

8.    Any summary, log or abstract of any Confidential Information shall be subject to

the terms of this Protective Order to the same extent as the Confidential Information summarized

or abstracted.

9.    In the event that a party receives a duly issued subpoena from a third party which

requests some or all of the Confidential Information, the party receiving such a subpoena shall

notify counsel for the Movants within ten days of receipt of the subpoena. Counsel for the Movants shall then take the appropriate steps necessary to relieve the party receiving the subpoena from providing any Confidential Information. If counsel for the Movants does not undertake those steps, the recipient of the subpoena shall be entitled to provide any Confidential Information required to be produced by the subpoena.

10.     If a party wishes to challenge the designation of any of the Confidential Information under this Protective Order, the party shall first consult with counsel for the Movants. If agreement cannot be reached between counsel, the matter may be submitted to the Court.

11.     Nothing herein shall prevent any of the parties from using Confidential Information in connection with any trial or proceeding in this Action or from seeking further protection with respect to the use of any Confidential Information in connection with any trial or proceeding in this Action. Means to preserve the confidentiality of Confidential Information presented at the trial of this matter shall be considered and implemented prior to the beginning of such trial. Confidential Information that is not received into evidence at trial shall retain its "Confidential" status under this Protective Order.

12.     Nothing in this Protective Order shall be deemed to restrict the Movants' use or disclosure of their own Confidential Information. Such use or disclosure shall not waive the protections of this Protective Order and shall not entitle any other party, non-party, or their attorneys to use or disclose such Confidential Information, or the contents thereof, in violation of this Protective Order.

13.    After the conclusion of this litigation, the provisions of this Protective Order shall

continue to be binding, and this Court shall retain jurisdiction over the parties, and any other

person who has access to Confidential Information, pursuant to this Protective Order for

enforcement of the provisions of this Protective Order.

14.    Any party, on reasonable notice to the others, may apply to the Court to seek to

modify or to supplement the terms of this Protective Order for good cause.

Dated this _____8_____ day of November 2004.

The Honorable Tena Campbell
United States District Court Judge

Approved as to form:

**SECURITIES AND EXCHANGE COMMISSION**

Thomas M. Melton
Karen L. Martinez
*Attorneys for Plaintiff, United States
Securities and Exchange Commission*

**HOLLAND & HART, L.P.**

Richard D. Clayton
Sarah G. Schwartz
*Attorneys for David K. Broadbent, as Receiver
for Merrill Scott & Associates, Ltd. et al.*

3303579_1.DOC

## CERTIFICATE OF SERVICE

I certify that on the ___7___ day of _December_ 2004, I served a copy of the foregoing document to the following by:

☒       U.S. Mail, first class postage prepaid
☐       Hand Delivery
☐       Fax

Thomas M. Melton, Esq.
William B. McKean, Esq.
Securities and Exchange Commission
Salt Lake District Office
15 West South Temple, Suite 1800
Salt Lake City, UT 84101
Fax: (801) 524-3558
   Attorneys for the Securities
   and Exchange Commission

Max D. Wheeler, Esq.
Robert J. Shelby, Esq.
Snow, Christensen & Martineau
10 Exchange Place, Eleventh Floor
P.O. Box 45000
Salt Lake City, UT 84145-5000
Fax (801) 363-0400
   Attorneys for David E. Ross II

Randall Mackey, Esq.
Gifford W. Price, Esq.
Russell C. Skousen, Esq.
Mackey Price & Thompson
350 American Plaza II
57 West 200 South
Salt Lake City, UT 84101
Fax: (801) 575-5006
   Attorneys for Patrick M. Brody

Rodney G. Snow, Esq.
Clyde, Snow, Sessions & Swenson
201 South Main, Suite 1300
Salt Lake City, UT 84111
Fax: (801) 521-6280
   Attorneys for Michael G. Licopantis

Kristopher A. Kuehn, Esq.
Warden Triplett Grier
9401 Indian Creek Parkway, Suite 1100
Overland Park, Kansas 66210
Fax: (913) 491-2979
   Attorneys for Certain Underwriters at
   Lloyds, London

Steven A. Sinkin
Sinkin & Baretto, PLLC
105 West Woodlawn Avenue
San Antonio, TX 78212-3457
Fax: (210) 736-2777
   Attorneys for James P. Landis

Peter W. Billings, Jr., Esq.
Fabian & Clendenin
P.O. Box 510210
Salt Lake City, UT 84151
Fax (801) 596-2814
    Attorneys for Certain Underwriters at
Lloyds, London

Haig Kalbian
Kalbian Hagerty, LLP
2001 L. Street NW, Suite 600
Washington, DC 20036
Fax (202) 223-6625

Mary C. Gordon
Manning Curtis Bradshaw & Bedner
Third Floor Newhouse Building
10 Exchange Place
Salt Lake City, UT 84111
Fax: (801) 364-5678
    Attorneys for Charles Cozean

NICHOLAS E. HALES
Woodbury & Kesler
265 E. 100 SOUTH, SUITE 300
SALT LAKE CITY, UT 84111

Richard G. Cook, Esq.
Cook & Co., PLLC
2425 Catalina Dr.
Salt Lake City, Utah 84121

3303579_1.DOC

alt

United States District Court
for the
District of Utah
December 8, 2004


* * CERTIFICATE OF SERVICE OF CLERK * *


Re:  2:02-cv-00039



True and correct copies of the attached were either mailed, faxed or e-mailed
by the clerk to the following:


    James P. Landis
    105 W WOODLAWN
    SAN ANTONIO, TX  78212

    Mr. Peter W. Billings Jr, Esq.
    FABIAN & CLENDENIN
    215 S STATE STE 1200
    PO BOX 510210
    SALT LAKE CITY, UT  84151
    EMAIL

    Kristopher A. Kuehn, Esq.
    WARDEN TRIPLETT GRIER
    9401 INDIAN CREEK PKWY STE 1100
    OVERLAND PARK, KS  66210
    EMAIL

    Mr. Richard D Burbidge, Esq.
    BURBIDGE & MITCHELL
    215 S ST ST STE 920
    SALT LAKE CITY, UT  84111
    EMAIL

    Mark A. Solomon, Esq.
    LIONEL SAWYER & COLLINS
    300 S FOURTH STE 1700
    LAS VEGAS, NV  89101

    Brent E. Johnson, Esq.
    HOLLAND & HART
    60 E SOUTH TEMPLE STE 2000
    SALT LAKE CITY, UT  84111-1031
    EMAIL

    Randy Paar, Esq.
    DICKSTEIN SHAPIRO MORIN & OSHINSKY
    1177 AVENUE OF THE AMERICAS
    NEW YORK, NY  10036-2714

    Mr. Max D Wheeler, Esq.

```
SNOW CHRISTENSEN & MARTINEAU
10 EXCHANGE PLACE
PO BOX 45000
SALT LAKE CITY, UT  84145-5000
EMAIL

Mr. Randall A Mackey, Esq.
MACKEY PRICE THOMPSON & OSTLER
57 W 200 S STE 350
SALT LAKE CITY, UT  84101-1655
EMAIL

Mr. Thomas M Melton, Esq.
SECURITIES AND EXCHANGE COMMISSION
15 W SOUTH TEMPLE STE 1800
SALT LAKE CITY, UT  84101
EMAIL

Mark J. Griffin, Esq.
WOODBURY & KESLER
265 E 100 S STE 300
SALT LAKE CITY, UT  84111
EMAIL

Richard G. Cook, Esq.
COOK & CO PLLC
2425 CATALINA DR
SALT LAKE CITY, UT  84121
EMAIL

Mary C. Gordon, Esq.
MANNING CURTIS BRADSHAW & BEDNAR LLC
THIRD FLOOR NEWHOUSE BLDG
10 EXCHANGE PL
SALT LAKE CITY, UT  84111
EMAIL
```