# EXHIBIT D

RECEIVED CLERK
FILED
2004 DEC -8 P 5:47
U.S. DISTRICT COURT
DISTRICT OF UTAH



Mark J. Griffin #4329
Nicholas E. Hales #4045
P. Corper James #8960
WOODBURY & KESLER, P.C.
265 East 100 South, Suite 300
P. O. Box 3358
Salt Lake City, Utah 84110-3358
Telephone: (801) 364-1100

Attorneys for Property Owners

## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>MERRILL SCOTT & ASSOCIATES, LTD;<br>MERRILL SCOTT & ASSOCIATES, INC.;<br>PHOENIX OVERSEARS ADVISORS, LTD;<br>PATRICK M. BRODY; DAVID E. ROSS II;<br>and MICHAEL G. LICOPANTIS,<br><br>Defendants. | **OBJECTION TO PROTECTIVE ORDER**<br><br>Civil No. 2:02 CV-0039C<br>Judge Tina Campbell<br>Magistrate Judge David Nuffer |

Duane Asp, Ralf Leszinski, Alan Cohoon, Douglas MacKinnon, Larry Cotten, Larry Mahisekar, Douglas Drexler, Richard Gerber, Christopher Harrison, Robert Herbolich, Eric Kooba, Hector LeMarque, Stephen Serlin, Jay Sharp Sr., Lou White, and Michael Williams (collectively the "Property Owners") by and through their attorneys, hereby object to the protective order as signed by the court December 8, 2004 for the following reasons:



EXHIBIT 2



388

1. November 1, 2004, the Court heard the parties on the Property Owners Motion to Intervene and Temporarily Extend Claims Bar Date, and ruled, among other things, that the claims forms would be subject to a Protective Order of this court, barring disclosure of the contents of the claims forms and pertinent documents to third parties, with the single exception of disclosure to the U. S. Justice Department, for the reason that the Securities and Exchange Commission was under statutory obligation to do so.

2. The court directed the parties to settle on mutually satisfactory language for a Protective Order draft to be submitted to the court.

3. November 23, 2004, counsel for the Receiver forwarded language of a draft order that was unacceptable to Property Owners for the reason that it did not reflect the court's ruling on the limited disclosure to the U.S. Justice Department.

4. The forwarded draft allowed the sharing of Confidential Information on the forms with a host of persons other than the U.S. Justice Department (See ¶ 6 and 7 of Protective Order).

5. Counsel for the Property Owners notified Receiver's counsel that the draft language did not reflect the ruling of the court and twice suggested conforming changes.

6. December 4, 2004, counsel for the receiver contacted Property Owners' counsel by telephone and stated that 1) SEC would not agree to Property Owner's conforming changes, 2) would not further attempt to resolve the disagreement by conference or discussion and 3) the

Receiver and the SEC were submitting the draft to the Court to which Property Owners could object.

7. December 7, 2004, with only the SEC and the Receiver signing "Approved as to form," the Receiver submitted the Protective Order. The Court signed the Order on December 8th. The submission of the proposed Protective Order with the signatures of only the non-objecting parties "Approving as to form" may have given the mistaken impression that there were no objections.

8. Under the circumstances of service by mail, DUCivR 54-1 allows 8 days for objections to Proposed Orders.

## CONCLUSION

The signed order clearly is contrary to the court's ruling on the disclosure of this confidential information. The court's order, if allowed to stand would have the effect of allowing the Receiver and the SEC to share confidential information contrary to the court's narrow ruling.

Given the necessity of preventing this disclosure, Property Owners respectfully request that the December 8th Protective Order be immediately set aside and that the court issue the attached Protective Order as it is more in conformity with the court's ruling, and take such additional steps as are necessary to preserve its ruling and the confidentiality of the Property Owner's information.

*A draft Order Setting Aside Protective Order is attached for the Court's convenience.*

DATED this 6th day of December, 2004.

                                        WOODBURY & KESLER, PC

                                        _____
                                        Mark J. Griffin
                                        Nicholas E. Hales
                                        P. Corper James
                                        Attorneys for the Property Owners

## CERTIFICATE OF SERVICE

I do hereby certify that on the __1st__ day of December, 2004, I sent via first class U.S. Mail, postage prepaid, a true and correct copy of the foregoing **OBJECTION TO PROTECTIVE ORDER** to the following:

Thomas M. Melton
William B. McLean
Securities & Exchange Commission
Salt Lake District Office
50 South Main Street, Suite 500
Salt Lake City, Utah 84144
*Attorneys for the Securities &
Exchange Commission*

Richard Clayton
Reha Deal
Brent E. Johnson
Holland & Hart
60 East South Temple, Suite 2000
Salt Lake City, UT 84111
*Attorney for David K. Broadbent, as
Receiver for Merrill Scott & Associates*

Rodney G. Snow, Esq.
CLYDE SNOW SESSIONS & SWENSON
201 South Main, Suite 1300
Salt Lake City, UT 84111
*Attorneys for Michael G. Licopantis*

Steven A. Siskin, Esq.
SISKIN & BARRETTO, P.L.L.C.
105 West Woodlawn Avenue
San Antonio, TX 78212-3457
*Attorneys for James P. Landis*

Max D. Wheeler, Esq.
Robert J. Shelby, Esq.
SNOW, CHRISTENSEN & MARTINEAU
10 Exchange Place, Eleventh Floor
P.O. Box 45000
Salt Lake City, UT 84145-5000
*Attorneys for David E. Ross, II*

Randy Parr, Esq.
Dickstein Shapiro Morin & Oshinsky
1177 Avenue of the Americas
New York, NY 10036-2714

Randall Mackey, Esq.
Gifford W. Price, Esq.
Russell C. Skousen, Esq.
Mackey Price & Thompson
350 American Plaza II
57 West 200 South
Salt Lake City, UT 84101
*Attorneys for Patrick M. Brody*

Kristopher A. Kuehn, Esq
Warden Triplett Grier
9401 Indian Creek Parkway, Suite 1100
Overland Park, Kansas 66210
*Attorneys for Defendant Certain
Underwriters at Lloyds, London*

5

Peter W. Billings, Jr., Esq.
Joan M. Andrews, Esq.
FABIAN & CLENDENIN
P.O. Box 510210
Salt Lake City, UT 84151
*Attorneys for Defendant Certain Underwriters at Lloyds, London*

Mary C. Gordon, Esq.
MANNING CURTIS BRADSHAW & BEDNAR
Third Floor Newhouse Building
10 Exchange Place
Salt Lake City, UT 84111

*/s/ Lindsay Boynton*