Peter W. Billings, Jr., Esq.
Joan M. Andrews, Esq.
FABIAN & CLENDENIN
P.O. Box 510210
Salt Lake City, UT 84151
*Attorneys for Defendant Certain
Underwriters at Lloyds, London*

Mary C. Gordon, Esq.
MANNING CURTIS BRADSHAW & BEDNAR
Third Floor Newhouse Building
10 Exchange Place
Salt Lake City, UT 84111

*/s/ Lindsay Boynton*

6

# EXHIBIT E

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>MERRILL SCOTT & ASSOCIATES, LTD; et al.,<br><br>Defendants. | ORDER<br><br>No. 2:02CV0039TC<br><br>Judge Tena Campbell<br>Magistrate Judge David Nuffer |
| DAVID K. BROADBENT, ESQ., AS RECEIVER FOR MERRILL SCOTT & ASSOCIATES, LTD.; et al.,<br><br>Plaintiff,<br><br>vs.<br><br>LIFETIME PRODUCTS, INC, a Utah corporation,<br><br>Defendant. | |

This case is before the court on objections by the Property Owners (Duane Asp, Ralf Leszinski, Alan Cohoon, Douglas Mackinnon, Larry Cotten, Larry Mahisekar, Douglas Drexler, Richard Gerber, Christopher Harrison, Robert Herbolich, Eric Kooba, Hector LeMarque, Stephen Serlin, Jay Sharp Jr., Lou White, and Michael Williams) to the court's December 8, 2004 Protective Order. The Property Owners contend that the Protective Order does not adequately reflect the court's November 1, 2004 ruling.

EXHIBIT 3

After thoroughly reviewing the Property Owners' objections, the court orders that paragraph six section (f) of the December 8, 2004 Protective Order shall state: "(f) The United States Attorney's Office for the District of Utah." The court finds that removing the reference to "any other department or agency of the federal government" accurately reflects the court's November 1, 2004 order. The court declines to adopt all other changes to the Protective Order sought by the Property Owners' objections. Accordingly, the court GRANTS IN PART and DENIES IN PART the Property Owners' objections.

SO ORDERED.

DATED this 21 day of December, 2004.

BY THE COURT:

*[signature]*

TENA CAMPBELL
United States District Court

alt

United States District Court
for the
District of Utah
December 22, 2004

\* \* CERTIFICATE OF SERVICE OF CLERK \* \*

Re:  2:02-cv-00039

True and correct copies of the attached were either mailed, faxed or e-mailed by the clerk to the following:

James P. Landis
105 W WOODLAWN
SAN ANTONIO, TX  78212

Mr. Peter W. Billings Jr, Esq.
FABIAN & CLENDENIN
215 S STATE STE 1200
PO BOX 510210
SALT LAKE CITY, UT  84151
EMAIL

Kristopher A. Kuehn, Esq.
WARDEN TRIPLETT GRIER
9401 INDIAN CREEK PKWY STE 1100
OVERLAND PARK, KS  66210
EMAIL

Mr. Richard D Burbidge, Esq.
BURBIDGE & MITCHELL
215 S ST ST STE 920
SALT LAKE CITY, UT  84111
EMAIL

Mark A. Solomon, Esq.
LIONEL SAWYER & COLLINS
300 S FOURTH STE 1700
LAS VEGAS, NV  89101

Brent E. Johnson, Esq.
HOLLAND & HART
60 E SOUTH TEMPLE STE 2000
SALT LAKE CITY, UT  84111-1031
EMAIL

Randy Paar, Esq.
DICKSTEIN SHAPIRO MORIN & OSHINSKY
1177 AVENUE OF THE AMERICAS
NEW YORK, NY  10036-2714

Mr. Max D Wheeler, Esq.

SNOW CHRISTENSEN & MARTINEAU
10 EXCHANGE PLACE
PO BOX 45000
SALT LAKE CITY, UT  84145-5000
EMAIL

Mr. Randall A Mackey, Esq.
MACKEY PRICE THOMPSON & OSTLER
57 W 200 S STE 350
SALT LAKE CITY, UT  84101-1655
EMAIL

Mr. Thomas M Melton, Esq.
SECURITIES AND EXCHANGE COMMISSION
15 W SOUTH TEMPLE STE 1800
SALT LAKE CITY, UT  84101
EMAIL

Mark J. Griffin, Esq.
WOODBURY & KESLER
265 E 100 S STE 300
SALT LAKE CITY, UT  84111
EMAIL

Richard G. Cook, Esq.
COOK & CO PLLC
2425 CATALINA DR
SALT LAKE CITY, UT  84121
EMAIL

Mary C. Gordon, Esq.
MANNING CURTIS BRADSHAW & BEDNAR LLC
THIRD FLOOR NEWHOUSE BLDG
10 EXCHANGE PL
SALT LAKE CITY, UT  84111
EMAIL