IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD GERBER, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. 1L06-mc-00032-RMU |
| ) | |
| UNITED STATES OF AMERICA ) | Hon. Ricardo M. Urbina |
| ) | |
| Respondent. ) | |

### ENTRY OF APPEARANCE

TO THE CLERK OF COURT:

Please enter the appearance of Samuel Rosenthal as counsel for Petitioner, Richard Gerber, in this matter.

DATE: July 30, 2007

Respectfully submitted,

SAMUEL ROSENTHAL
Curtis, Mallet-Prevost, Colt & Mosle LLP
1200 New Hampshire Avenue, NW
Suite 430
Washington, DC 20036
srosenthal@cm-p.com
202-452-7340
202-452-7333 fax

3804147v1