IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| RICHARD GERBER, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. 1:06-mc-00032-RMU |
| | ) | |
| UNITED STATES OF AMERICA, | ) | Hon. Ricardo M. Urbina |
| | ) | |
| Respondent. | ) | |

**UNITED STATES' RESPONSE TO SUPPLEMENTAL
MEMORANDUM OF RICHARD GERBER IN SUPPORT
OF PETITION TO QUASH IRS SUMMONS, OR IN
<u>THE ALTERNATIVE, TO REQUEST DISCOVERY</u>**

The United States responds to the Supplemental Memorandum of Richard Gerber in Support of Petition to Quash IRS Summons, or in the Alternative, to Request Discovery, filed July 31, 2007 (docket No. 12) ("Gerber Supp."), as follows.

1.     On January 30, 2006 (docket No. 1), Gerber filed a Petition to Quash an Internal Revenue Service summons issued to Paine Webber (a/k/a UBS) ("Paine Webber/UBS"), dated January 10, 2006.

2.     The United States filed a motion to dismiss the Petition to Quash for lack of subject matter jurisdiction on April 3, 2006 (docket No. 6).

3.     By Memorandum Order entered May 29, 2007 (docket No. 9), the Court denied the United States' motion to dismiss the Petition to Quash for lack of subject matter jurisdiction, but directed that the United States "may refile a motion on the merits of the matter on or before June 1, 2007." (Memorandum Order 3.)

2647864.1

4. The United States filed its renewed motion to dismiss Dr. Gerber's Petition to Quash the Paine Webber/UBS summons on June 1, 2007 (docket No. 10).

5. On August 8, 2007, the Service withdrew the summons issued to Paine Webber/UBS on January 10, 2006 in its entirety. (Declaration of John Matala, dated August 8, 2007, ¶ 3, Exhibit A.)

6. Because the Service has withdrawn the summons to which Gerber's Petition to Quash is directed, the Petition to Quash is now moot.

WHEREFORE, the United States respectfully asks the Court to dismiss, as moot, Gerber's Petition to Quash the summons issued by the Internal Revenue Service to Paine Webber/UBS on January 10, 2006.

DATE: August 9, 2007.

Respectfully submitted,

/s/ Richard G. Jacobus
RICHARD G. JACOBUS
D.C. Bar No. 462053
Trial Attorney, Tax Division
U. S. Department of Justice
Post Office Box 227
Ben Franklin Station
Washington, DC  20044
Telephone:  (202) 616-0553
Richard.G.Jacobus@usdoj.gov
Counsel for the United States

Of counsel:

JEFFREY A. TAYLOR
United States Attorney

2647864.1