IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RICHARD GERBER,       )

     Petitioner,    )

   v.        )    Case No. 1:06-mc-00032-RMU

UNITED STATES OF AMERICA,  )    Hon. Ricardo M. Urbina

     Respondent.    )

## DECLARATION OF JOHN MATALA

Pursuant to 28 U.S.C. §1746(1), John Matala declares:

1.    I am a duly commissioned Special Agent employed by the Criminal Investigations Division of the Internal Revenue Service ("IRS") at 201 Thomas Johnson Drive, Suite 203, Frederick, Maryland 21702.  In my capacity as a Special Agent, I am conducting an investigation of Dr. Richard Gerber and income he received during the tax years 1999, 2000, 2001, 2002, 2003, 2004, and 2005.

2.    On January 10, 2006, in furtherance of the above referenced investigation and in accordance with 26 U.S.C. § 7602, the Internal Revenue Service issued an administrative summons, IRS Form 2039, to UBS (f/k/a Paine Webber), 100 East Pratt Street, 21st Floor, Baltimore, Maryland 21202, for records and documents described in an attachment to the summons.

3.    By letter dated August 8, 2007, a true and accurate copy of which is annexed hereto as Exhibit A, I notified UBS (f/k/a Paine Webber) that the January 10, 2006 summons is withdrawn in its entirety.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  August _8_, 2007

_____
JOHN MATALA

2662340.1

## DEPARTMENT OF THE TREASURY
### INTERNAL REVENUE SERVICE
#### WASHINGTON, D.C. 20224

**Criminal Investigation**

**August 8, 2007**

**UBS (f/k/a Paine Webber)**
**100 East Pratt Street, 21st Floor**
**Baltimore, Maryland 21202**
**Attn: William Garlow**

Dear Mr. Garlow:

On January 10, 2006, the Internal Revenue Service ("IRS") served an administrative summons, IRS Form 2039, upon UBS (f/k/a Paine Webber) at the address shown above, seeking financial records for the years 1999 through 2005 relating to Dr. Richard Gerber.

At this time, the IRS withdraws the summons in its entirety.

I may be contacted by telephone at 301-696-1994.



Sincerely,



John S. Matala
Special Agent



GOVERNMENT
EXHIBIT
A

