IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD GERBER, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. 1:06-mc-00032-RMU |
| ) | |
| UNITED STATES OF AMERICA, ) | Hon. Ricardo M. Urbina |
| ) | |
| Respondent. ) | |

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the UNITED STATES' RESPONSE TO SUPPLEMENTAL MEMORANDUM OF RICHARD GERBER IN SUPPORT OF PETITION TO QUASH IRS SUMMONS, OR IN THE ALTERNATIVE, TO REQUEST DISCOVERY, and the DECLARATION OF JOHN MATALA, has been made this 9th day of August 2007, by mailing, postage prepaid, addressed to:

Samuel Rosenthal, Esq.
Curtis, Mallet-Prevost, Colt & Mosle, LLP
1200 New Hampshire Avenue, N.W.
Washington, D.C. 20036

Kenneth H. Rosenau, Esq.
1304 Rhode Island Avenue, N.W.
Washington, D.C. 20005

UBS/Paine Webber
100 East Pratt Street, 21st Floor
Baltimore, Maryland 21202
Attn: William Garlow

/s/ Richard G. Jacobus
RICHARD G. JACOBUS

2647902.11