IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| RICHARD GERBER, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. 1:06-mc-00032-RMU |
| | ) | Case no. 1:05MS00516 |
| | ) | |
| UNITED STATES OF AMERICA, | ) | Hon. Ricardo M. Urbina |
| | ) | |
| Respondent. | ) | |

**MOTION OF PETITIONER RICHARD GERBER FOR AN ORDER REQUIRING THE GOVERNMENT TO RETURN ALL MATERIALS OBTAINED PURSUANT TO SUMMONSES ISSUED TO PAINE WEBBER AND ROSENAU & ROSENAU AND FOR ATTORNEYS FEES PURSUANT TO 26 U.S.C. SECTION 7340.**

Petitioner Richard Gerber, by undersigned counsel, moves this Honorable Court for an Order requiring the IRS to return all materials obtained pursuant to summons issued to Paine Webber and/or Rosenau & Rosenau, and for Attorneys fees pursuant to 26 U.S.C. § 7340. In support of this motion, petition relies on the Declaration of Samuel Rosenthal submitted herewith, as well as the Supplemental Memorandum of Richard Gerber in Support of Petition to

Quash IRS Summons, Or In the Alternative, To Request Discovery.

                                        Curtis, Mallet-Prevost, Colt & Mosle, LLP
                                        1200 New Hampshire Ave., N.W.
                                        Washington, D.C. 20036
                                        (202) 452-7340
                                        srosenthal@cm-p.com

                                        By /s/ _____
                                        Samuel Rosenthal (DC Bar No. 329516)

                                        Rosenau & Rosenau
                                        Kenneth Rosenau
                                        1304 Rhode Island Ave., N.W.
                                        Washington, D.C. 20009
                                        (202) 387-8680
                                        Kenneth.Rosenau@rosenaulaw.com

                                        Counsel for Petitioner
                                        Richard Gerber

3846871v1

<u>CERTIFICATE OF SERVICE</u>

IT IS HEREBY CERTIFIED that the within:

(1) MOTION BY PETITONER FOR AN ORDER REQUIRING THE GOVERNMENT TO RETURN ALL MATERIALS OBTAINED PURSUANT TO SUMMONSES ISSUED TO PAINE WEBBER AND ROSENAU & ROSENAU AND FOR ATTORNEYS FEES PURSUANT TO 26 U.S.C. SECTION 7340.ADDITIONAL RELIEF.

(2) MEMORANDUM OF POINTS AND AUTHORITIES OF RICHARD GERBER IN OPPOSITION TO THE UNITED STATES' RESPONSE TO SUPPLEMENTAL MEMORANDUM OF RICHARD GERBER, AND IN SUPPORT OF MOTION BY PETITONER FOR AN ORDER REQUIRING THE GOVERNMENT TO RETURN ALL MATERIALS OBTAINED PURSUANT TO SUMMONSES ISSUED TO PAINE WEBBER AND ROSENAU & ROSENAU AND FOR ATTORNEYS FEES PURSUANT TO 26 U.S.C. SECTION 7340.ADDITIONAL RELIEF.

(3) DECLARATION OF SAMUEL ROSENTHAL AND

(4) PROPOSD ORDER

have been served this 15th day of August, 2007, by mailing, postage prepaid, addressed to:

Paine Weber
100 East Pratt Street, 21st Floor
Baltimore, Maryland 21202
Attn: William Garlow

And electronically using the ECF system to

Richard G. Jacobus
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Ben Franklin Station
Washington, D.C. 20044
(202)616-0553
<u>Richard.G.Jacobus@usdoj.gov</u>
*Counsel for the United States*

/s/ Susan Rosenau
SUSAN ROSENAU