IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| RICHARD GERBER, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. 1:06-mc-00032-RMU |
| | ) | Case no. 1:05MS00516 |
| | ) | |
| UNITED STATES OF AMERICA, | ) | Hon. Ricardo M. Urbina |
| | ) | |
| Respondent. | ) | |

### **ORDER**

Upon consideration of the Petitioner's Motion for An Order Requiring the Government To Return All Materials Obtained Pursuant to Summonses Issued to Paine Webber and/or Rosenau & Rosenau, And For Attorneys Fees Pursuant to 26 U.S.C. Section 7340 and the Declaration of Samuel Rosenthal, Esq., and reply having been filed, and good cause having been shown, accordingly, it is on this ___ day of ___ 2007 hereby

ORDERED THAT Petitioner's Motion for An Order Requiring the Government To Return All Materials Obtained Pursuant to Summonses Issued to Paine Webber and/or Rosenau & Rosenau is GRANTED, and it is further

ORDERED THAT the IRS is to pay reasonable attorneys fees incurred by Petitioner in prosecuting the Petition to quash the Paine Webber and Rosenau & Rosenau summonses, and filing the instant motion for an Order Requiring the IRS to Return All Materials

Obtained Pursuant to Summonses Issued to Paine Webber and/or Rosenau & Rosenau.

                                                                                   _____

Honorable Ricardo M. Urbina
United States District Court Judge

cc:

Samuel Rosenthal, Esq.
Curtis, Mallet-Prevost, Colt & Mosle, LLP
1200 New Hampshire Ave., N.W.
Washington, D.C. 20036
srosenthal@cm-p.com
202-452-7340

Kenneth H. Rosenau, Esq.
1304 Rhode Island Avenue, N.W.
Washington, D.C. 2005
Kenneth.rosenau@rosenaulaw.com
(202) 387-8680

Richard G. Jacobus
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Ben Franklin Station
Washington, D.C. 20044
(202)616-0553
Richard.G.Jacobus@usdoj.gov
*Counsel for the United States*

3846876v1