IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD GERBER, | ) |
| Petitioner, | ) |
| v. | ) Case No. 1:06-mc-00032-RMU |
| UNITED STATES OF AMERICA, | ) Hon. Ricardo M. Urbina |
| Respondent. | ) |

### CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the UNITED STATES' RESPONSE TO MOTION OF PETITIONER RICHARD GERBER FOR AN ORDER REQUIRING THE GOVERNMENT TO RETURN ALL MATERIALS OBTAINED PURSUANT TO SUMMONSES ISSUED TO PAINE WEBBER AND ROSENAU & ROSENAU AND FOR ATTORNEYS FEES PURSUANT TO 26 U.S.C. SECTION 7430 has been made this 22nd day of August 2007, by mailing, postage prepaid, addressed to:

Samuel Rosenthal, Esq.
Curtis, Mallet-Prevost, Colt & Mosle, LLP
1200 New Hampshire Avenue, N.W.
Washington, D.C. 20036

Kenneth H. Rosenau, Esq.
1304 Rhode Island Avenue, N.W.
Washington, D.C. 20005

/s/ Richard G. Jacobus
RICHARD G. JACOBUS

2696804.11