## CERTIFICATE OF SERVICE

I hereby certify that the following Reply Memorandum of Points and Authorities of Richard Gerber in Support of Motion For an Order Requiring the Government to Return All Materials Obtained Pursuant to Summonses Issued To Paine Webber and Rosenau & Rosenau and For Attorneys Fees Pursuant to 26 U.S.C. Section 7340. was served electronically through ECFon counsel for the United States as follows:

> Richard G. Jacobus
> Trial Attorney, Tax Division
> U.S. Department of Justice
> Post Office Box 227
> Ben Franklin Station
> Washington, D.C. 20044

/s/ Samuel Rosenthal

Dated: August 27, 2007

3849240v1