IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| RICHARD GERBER, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. 1:06-mc-00032-RMU |
| | ) | Case No. 1:05-mc-00516-RMU |
| UNITED STATES OF AMERICA, | ) | |
| | ) | Hon. Ricardo M. Urbina |
| Respondent. | ) | |

**UNITED STATES' SUPPLEMENTAL RESPONSE TO MOTION OF
PETITIONER RICHARD GERBER FOR AN ORDER REQUIRING
THE GOVERNMENT TO RETURN ALL MATERIALS OBTAINED
PURSUANT TO SUMMONSES ISSUED TO PAINE WEBBER
AND ROSENAU & ROSENAU AND FOR ATTORNEYS
FEES PURSUANT TO 26 U.S.C. SECTION 7430**

The United States respectfully submits this supplemental response to the Motion of Petitioner Richard Gerber for an Order Requiring the Government to Return All Materials Obtained Pursuant to Summonses Issued to Paine Webber and Rosenau & Rosenau and for Attorneys Fees Pursuant to 26 U.S.C. Section 7430, and Gerber's accompanying Memorandum of Points and Authorities ("Gerber Memo"), filed August 15, 2007 (docket No. 16), and the Supplemental Memorandum of Richard Gerber in Support of Motion to Quash IRS Summons ("Gerber Supp."), filed December 21, 2007 (docket No. 19).

As our prior submissions set forth the history of this case in detail, we do not burden the Court with another recitation of the background. Rather, the United States asks the Court to consider a recent development in *SEC v. Merrill Scott & Associates, Ltd.*,

3039978.1

et al., Civil No. 2:02cv0039 (D. Utah), a receivership action brought by the Securities and Exchange Commission ("SEC") against Merrill Scott & Associates, Ltd. ("MSA") in January 2002, in which Gerber is a party.

Gerber has asked this Court for leave to conduct discovery against the United States "to determine the extent of any violations of 26 U.S.C. § 7602 and the Protective Orders entered in the MSA case." (Gerber Supp. 4.) We previously have shown that Gerber is entitled to no discovery regarding any alleged violation of § 7602.[1]

By Order and Memorandum Decision dated January 30, 2008 (docket No. 1171), the U.S. District Court for the District of Utah held that the United States Department of Justice and the Internal Revenue Service have not violated the Protective Orders entered in the MSA case. (*See* Ex. A hereto.)[2] Gerber is entitled to no discovery in the instant case regarding alleged violations of the protective orders in the MSA case that never in fact occurred.

\\

\\

\\

---

[1] *See* United States' Response to Motion of Petitioner Richard Gerber for an Order Requiring the Government to Return All Materials Obtained Pursuant to Summonses Issued to Paine Webber and Rosenau & Rosenau and for Attorneys Fees Pursuant to 26 U.S.C. Section 7430, filed August 22, 2007 (docket No. 17), at 17-19.

[2] The United States respectfully asks this Court to take judicial notice of the January 30, 2008 Order and Memorandum Decision in the MSA case, which is available to the public via PACER on the Internet website of the U.S. District Court for the District of Utah, http://ecf.utd.uscourts.gov.

## CONCLUSION

For the reasons set forth above, and in the United States' Response to Motion of Petitioner Richard Gerber for an Order Requiring the Government to Return All Materials Obtained Pursuant to Summonses Issued to Paine Webber and Rosenau & Rosenau and for Attorneys Fees Pursuant to 26 U.S.C. Section 7430, filed August 22, 2007 (docket No. 17), the United States respectfully asks the Court to deny the Motion of Petitioner Richard Gerber for an Order Requiring the Government to Return All Materials Obtained Pursuant to Summonses Issued to Paine Webber and Rosenau & Rosenau and for Attorneys Fees Pursuant to 26 U.S.C. Section 7430, and dismiss Case No. 1:06-mc-00032-RMU as moot.

DATE:  February 5, 2008.

Respectfully submitted,

 /s/ Richard G. Jacobus
RICHARD G. JACOBUS
D.C. Bar No. 462053
Trial Attorney, Tax Division
U. S. Department of Justice
Post Office Box 227
Ben Franklin Station
Washington, DC  20044
Telephone:  (202) 616-0553
Richard.G.Jacobus@usdoj.gov
Counsel for the United States

Of counsel:

JEFFREY A. TAYLOR
United States Attorney

3039978.1