IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD GERBER, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. 1:06-mc-00032-RMU |
| ) | |
| UNITED STATES OF AMERICA, ) | Hon. Ricardo M. Urbina |
| ) | |
| Respondent. ) | |

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the UNITED STATES' SUPPLEMENTAL RESPONSE TO MOTION OF PETITIONER RICHARD GERBER FOR AN ORDER REQUIRING THE GOVERNMENT TO RETURN ALL MATERIALS OBTAINED PURSUANT TO SUMMONSES ISSUED TO PAINE WEBBER AND ROSENAU & ROSENAU AND FOR ATTORNEYS FEES PURSUANT TO 26 U.S.C. SECTION 7430, and Exhibit A thereto, has been made this 5th day of February 2008, by mailing, postage prepaid, addressed to:

> Samuel Rosenthal, Esq.
> Curtis, Mallet-Prevost, Colt & Mosle, LLP
> 1200 New Hampshire Avenue, N.W.
> Washington, D.C. 20036
>
> Kenneth H. Rosenau, Esq.
> 1304 Rhode Island Avenue, N.W.
> Washington, D.C. 20005

                                                    /s/ Richard G. Jacobus
                                                    RICHARD G. JACOBUS

3039928.11