CO-1509 (Rev. 1/94)

# ATTORNEY ADDRESS CORRECTION REQUEST

**UNIT REPRESENTATIVE:**
☐ Add Attorney and address to system

**SYSTEMS OFFICE:**
☐ Firm moved to new address    ☐ Verified
☐ Address correction/modification
☐ Person Name change/correction
☑ Firm Name change/correction
☐ Create Flag:   ☐ Pro Bono   ☐ Pro Hac Vice
☐ Other:_____

**ATTORNEY (PRO SE) FIX SPECIALIST:**
☐ Pro Se moved to new address
☐ Attorney moved to new address
☐ Attorney has multiple addresses

**ATTORNEY ADMISSION OFFICE:**
☐ Create flag:
☐ Government   ☐ Gvt Not Certified   ☐ RTC Attorney
☐ Attorney listed with "provisional" flag
☐ Attorney listed with "incomplete" flag

---

Case No.: 1:06-mc-0032-RMU; 1:05-mc-00516    ☑ Attorney    ☐ Pro Se

Bar ID No.: 329516    Prisoner ID No.:_____

Name: Samuel Rosenthal

**OLD ADDRESS:**

Office: Curtis, Mallet-Prevost, Colt & Mosle, LLP

Unit:_____

Address: 1200 New Hampshire Ave.

City: Washington,    State: D.C.    Zip: 20036

Telephone: 202-452-7340

---

**NEW ADDRESS:**

Office: Patton Boggs LLP

Unit:_____

Address: 1185 Ave. of the Americas, 30th Floor

City: New York,    State: NY    Zip: 10036

Telephone: 646-557-5100

COMMENTS:_____

DATE:_____    Deputy Clerk:_____

## CERTIFICATE OF SERVICE

I hereby certify that the following Attorney Address Correction Request was served electronically through ECF on counsel for the United States as follows:

>Richard G. Jacobus
>Trail Attorney, Tax Division
>U.S. Department of Justice
>Post Office Box 227
>Ben Franklin Station
>Washington, D.C. 20044

_____/s/_____
Samuel Rosenthal

Dated: May 29, 2008

4670736v1